**2015–0011.   Quinn v. Madison Cty. Court of Common Pleas.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
 O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2015–0043.   Rouse v. Joseph.**
In Mandamus and Prohibition. On motion to dismiss. Motion granted. Cause dismissed.
 O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2007–1197.   Stoneman v. Turner Metal Prods.**
Cuyahoga App. No. 88206, 2007-Ohio-1719. On motion to vacate. Motion denied.

**2013–0062.   Fackelman v. Micronix.**
Cuyahoga App. No. 98320, 2012-Ohio-5513. On motion to vacate order granting leave to file amicus brief. Motion denied.
 PFEIFER, J., dissents.

**2014–0172.   State ex rel. Evans v. Ohio Lottery Comm.**
In Mandamus. On request for clarification or nunc pro tunc entry regarding dismissal. Request denied.

**2014–0244.   State ex rel. Schiffbauer v. Banaszak.**
In Mandamus. On respondents' motion to dismiss. Motion denied. Respondents shall file an answer to the complaint within 21 days of the date of the entry denying the motion to dismiss.

**2014–0579.   State v. Brown.**
Mahoning App. No. 11 MA 117, 2013-Ohio-5528. On motion for notification. Motion denied.

**2014–1094.   State v. Wilcox.**
Franklin App. No. 13AP–477, 2014-Ohio-1068. On motion for order or relief pursuant to S.Ct.Prac.R. 4.01(A). Motion denied.

**2014–1174.   State v. Rosario.**
Cuyahoga App. No. 101558. On motion to dismiss. Motion denied.

**2014–1175.   State v. Jenkins.**
Cuyahoga App. No. 101560. On motion to dismiss. Motion denied.

**2014–1176.   State v. Harris.**
Cuyahoga App. No. 101562. On motion to dismiss. Motion denied.

**2014–1177.   State v. Scott.**
Cuyahoga App. No. 101565. On motion to dismiss. Motion denied.

**2014–1363.   State v. Washington.**
Cuyahoga App. No. 101406. On motion to dismiss. Motion denied.

**2014–1368.   State v. Washington.**
Cuyahoga App. No. 101407. On motion to dismiss. Motion denied.

**2014–1790.   State v. Moody.**
Franklin App. No. 06AP–1034, 2007-Ohio-2938. On motion to vacate or suspend payment of fine and/or court costs. Motion denied.
 O'DONNELL and FRENCH, JJ., not participating.

**2014–1933.   Hupp v. Beck Energy Corp.**
Monroe App. No. 12MO6, 2014-Ohio-4255. On second revised motion to strike and correct the record. Motion denied.

**2014–2097.   State v. Brown.**
Mahoning App. No. 11 MA 117, 2014-Ohio-4831. On motion for notification. Motion denied.